UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARBOD AMINI and LAMAN AMINI, husband and wife,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>CRESTBROOK INSURANCE COMPANY and NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　　Defendants. | CASE NO. 2:21-cv-01377-LK<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. Plaintiffs Farbod and Laman Amini's motion for partial summary judgment and supporting declarations do not include a certification that they made a meaningful effort to confer with Defendants prior to filing their dispositive motion as required by this Court's Standing Order for All Civil Cases. Dkt. No. 29 at 6; *see generally* Dkt. Nos. 32–34. Despite Defendants' pointing out Plaintiffs' "failure to confer before filing," Dkt. No. 37 at 13; Dkt. No. 38 at 1, Plaintiffs do not dispute this violation of the Court's Standing Order in their reply, Dkt. No. 43.

ORDER TO SHOW CAUSE - 1

Accordingly, within 10 days of this Order, Plaintiffs are ORDERED TO SHOW CAUSE why their motion should not be stricken. *See* Dkt. No. 29 at 1 ("Failure to comply with the procedures set forth in this Order may result in sanctions."). Should Plaintiffs (1) meet and confer in good faith with Defendants in person or by telephone to discuss which, if any, issues in Plaintiffs' motion may be narrowed or resolved without Court intervention, and (2) file a certification of conferral updating the Court regarding the outcome of such efforts by July 21, 2023, *see* LCR 1(c)(6), the Court will discharge this Order to Show Cause. The Court will strike Plaintiffs' motion if they do not timely show cause. The Court further cautions Plaintiffs that future violations of the Standing Order may result in sanctions.

Dated this 11th day of July, 2023.

*Lauren King*

Lauren King
United States District Judge