THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FARBOD AMINI and LAMAN AMINI, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>CRESTBROOK INSURANCE COMPANY; and NATIONWIDE INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | No.: 2:21-cv-01377-KKE<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

## I. **STIPULATED MOTION**

The parties have reached a settlement of all claims against all parties.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties stipulate, through their undersigned counsel, to the dismissal of this action with prejudice and without an award of fees or costs to either party.

JOINT MOTION AND ORDER OF DISMISSAL
NO.: 2:21-CV-01377-KKE

PAGE 1

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

DATED: January 8, 2024

        BERRY & BECKETT PLLP

        By  */s/ Guy W. Beckett (Email approval 1/6/2024)*
            Guy W. Beckett, WSBA #14939
            Email: gbeckett@beckettlaw.com

*Attorneys for Plaintiffs*

        BULLIVANT HOUSER BAILEY PC

        By  */s/ Pamela J. DeVet*
            Pamela J. DeVet, WSBA #32882
            E-mail: pamela.devet@bullivant.com
            Matthew J. Sekits, WSBA #26175
            E-mail: matthew.sekits@bullivant.com

*Attorneys for Defendants Crestbrook Insurance Company and Nationwide Insurance Company of America*

JOINT MOTION AND ORDER OF DISMISSAL
NO.: 2:21-CV-01377-KKE

PAGE 2

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930

**ORDER**

The parties' joint motion (Dkt. No. 60) is GRANTED and this action is DISMISSED with prejudice and without an award of fees or costs to either party.

DATED this 8th day of January, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

JOINT MOTION AND ORDER OF DISMISSAL
NO.: 2:21-CV-01377-KKE

PAGE 3

**Bullivant|Houser|Bailey PC**
925 Fourth Avenue, Suite 3800
Seattle, Washington 98104
Telephone: 206.292.8930